UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| JOHN L. GEILER, JR., and | ) Case No. 05-51731-659 |
| KAREN ELISABETH DALE, | ) Judge Kathy A. Surratt-States |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) |
| NICK BHAMBRI, and | ) **Adversary No. 05-4327-659** |
| MICHELLE BHAMBRI, | ) |
| | ) |
| Plaintiffs, | ) PUBLISHED |
| | ) |
| -v- | ) |
| | ) |
| ALLIED ENTERPRISES, LLC, | ) |
| GEORGE DAVID DOTHAGE, | ) |
| JOHN L. GEILER, JR., and | ) |
| KAREN ELIZABETH DOTHAGE, | ) |
| | ) |
| Defendants. | ) |

# O R D E R

The matters before the Court are Plaintiffs' Second Amended Complaint, Defendants' Answers to the Second Amended Complaint , Defendants' Counterclaims and several pre-trial and post-trial motions.  For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately this date,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Second Amended Complaint is GRANTED IN PART and judgment is entered in favor of Plaintiffs Nick Bhambri and Michelle Bhambri and against Defendant Allied Enterprises, LLC in the amount of $30,000.00 as to Count I only; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Second Amended Complaint is DENIED IN PART and judgment is entered in favor of Defendants Allied Enterprises, LLC, George David Dothage, John L. Geiler, Jr. and Elizabeth Dothage as to Counts II, III, IV, V, VI, VII and VIII only; and

**IT IS FURTHER ORDERED THAT** the relief requested in Defendants' Counterclaims is

DENIED; and

**IT IS FURTHER ORDERED THAT** the parties' requests for attorney's fees are DENIED; and

**IT IS FURTHER ORDERED THAT** all other pending matters are DENIED AS MOOT; and

**IT IS FURTHER ORDERED THAT** this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 15, 2008
St. Louis, Missouri


Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Courtney M. Menges
Reinert & Rourke, P.C.
812 N. Collins, Laclede's Landing
St. Louis, MO 63102

Allied Enterprises, LLC
5632 Gravois
House Springs, Mo 63051

Donald Nagle
1935 Marconi
St. Louis, MO 63110

George David Dothage
6725 Martha Drive
Cedar Hill, MO 63061

Boris A. Kaupp
Reinert & Rourke, P.C.
812 N. Collins
Laclede's Landing
St. Louis, MO 63102

John W. Rourke, III
Reinert & Rourke, P.C.
812 N. Collins
Laclede's Landing
St. Louis, MO 63102

Arthur G. Muegler, Jr.
Law Offices of Arthur G. Muegler, Jr.
P.O. Box 230143
St. Louis, MO 63123

John Lee Geiler, Jr
5659 Mark Trail
House Springs, MO 63051